# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| JANICE WIDOWSKI, <br><br> Plaintiff, <br><br> vs. <br><br> LIFE INSURANCE COMPANY OF NORTH AMERICA, <br><br> Defendant. | Case No. EDCV 14-1143 JGB (SPx) <br><br> **ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. EDCV 14-1143 JGB (SPx), is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

Dated: December 1, 2014

_____
Hon. Jesus G. Bernal
United States District Court Judge

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

0.0

1

Case No. EDCV 14-1143 JGB (SPx)
ORDER RE DISMISSAL OF ENTIRE ACTION
WITH PREJUDICE